**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7170**

JOHNNIE R. SIMMONS, JR.,

        Plaintiff - Appellant,

     v.

DALE MORENO, Doctor/Medical Supervisor; MRS. HODGE, Nurse (Practitioner) Charge,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:20-cv-00520-TSE-JFA)

Submitted:  December 16, 2021              Decided:  December 20, 2021

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnnie R. Simmons, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie R. Simmons, Jr., appeals the district court's order granting summary judgment to Defendants on Simmons' 42 U.S.C. § 1983 complaint alleging deliberate indifference to a serious medical need. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Martin v. Duffy*, 977 F.3d 294, 298 (4th Cir. 2020) (stating standard of review). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*